**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRANDON LAMAR JONES, | Case No. CV 12-04696 CAS (SS) |
| Petitioner, | **ORDER ACCEPTING FINDINGS,** |
| v. | **CONCLUSIONS AND** |
| W.L. MONTGOMERY, Acting Warden, | **RECOMMENDATIONS OF UNITED** |
| Respondent. | **STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

1    **IT IS ORDERED** that the Petition is denied and Judgment shall

2    be entered dismissing this action with prejudice.

3

4    **IT IS FURTHER ORDERED** that the Clerk serve copies of this

5    Order and the Judgment herein on Petitioner and counsel for

6    Respondent.

7

8    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

9

10   DATED: February 20, 2014

11   _____
     CHRISTINA A. SNYDER
12   UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2