1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  BRANDON LAMAR JONES,              Case No. CV 12-04696 CAS (SS)

12            Petitioner,

13       v.                               **JUDGMENT**

14  W.L. MONTGOMERY, Acting Warden,

15            Respondent.

16

17       Pursuant to the Court's Order Accepting Findings,

18  Conclusions and Recommendations of United States Magistrate

19  Judge,

20

21       IT IS HEREBY ADJUDGED that the above-captioned action is

22  dismissed with prejudice.

23

24  DATED: February 20, 2014

25                           _____
                             CHRISTINA A. SNYDER
26                           UNITED STATES DISTRICT JUDGE

27

28